■ In the Matter of DAIN F. FAVILLE, Appellant, v BOARD OF EDUCATION OF POLAND CENTRAL SCHOOL DISTRICT, Respondent.—Judgment unanimously affirmed with costs for reasons stated at Special Term, Tenney, J. (Appeal from judgment of Supreme Court, Oneida County, Tenney, J.—art 78.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.